ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SBA Contracting LLC | ) ASBCA No. 63320 |
| | ) |
| Under Contract No. W56KGZ-22-P-7020 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Saif Alamily
    Corporate Officer


APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
    Army Chief Trial Attorney
    CPT Paula F. Barr, JA
    John C. Degnan, Esq.
    Trial Attorneys

<u>OPINION BY ADMINISTRATIVE JUDGE ARNETT</u>
<u>ON APPELLANT'S MOTION FOR RECONSIDERATION</u>

Appellant, SBA Contracting LLC (SBA), has filed a timely motion for reconsideration of the Board's October 3, 2023 decision denying the appeal. *SBA Contracting LLC*, ASBCA No. 63320, 2023 WL 7129688 (familiarity with the facts is presumed). The government submitted a response to SBA's motion, and pursuant to Board Rule 7(d) the time has elapsed for SBA to file a reply.

A party moving for reconsideration "must demonstrate a compelling reason for the Board to modify its decision." *Golden Build Co.*, ASBCA No. 62294, 20-1 BCA ¶ 37,742 at 183,161 (quoting *Bruce E. Zoeller*, ASBCA No. 56578, 14-1 BCA ¶ 35,803 at 75,103). "Reconsideration might be appropriate if the request 'is based upon newly discovered evidence, mistakes in the findings of fact, or errors of law.'" *Green Valley Co.*, ASBCA No. 61275, 18-1 BCA ¶ 37,044 at 180,330 (quoting *Alliance Roofing & Sheet Metal, Inc.*, ASBCA No. 59663, 15-1 BCA ¶ 36,063). However, reconsideration is not an opportunity for a party to reargue its position. *Id.*

Contending generally that our decision was arbitrary and illogical, SBA's single-page motion realleges that its termination was improper because the government accepted non-compliant vehicles on another contract. SBA also questions the government's offer to settle as inconsistent with its defense of the termination.

Here, SBA does not present newly discovered evidence or demonstrate mistakes in the Board's findings of fact or errors of law. Instead, SBA simply

reasserts an argument already addressed by the Board. SBA's comment regarding the government's offer to settle is neither persuasive nor appropriate since settlement discussions are not admissible, under FED. R. OF EVID. 408, to prove or disprove the validity of a disputed claim.

CONCLUSION

Accordingly, the motion is denied.

Dated: December 6, 2023

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63320, Appeal of SBA Contracting LLC, rendered in conformance with the Board's Charter.

Dated: December 6, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals